UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
STEVEN GOLDSTEIN, :
:
        Plaintiff, : Civil Action No. 10-cv-02488-HB
:
    v. : **ECF Case**
:
QVT ASSOCIATES GP LLC, QVT OVERSEAS :
LTD., QUINTESSENCE FUND L.P., QVT :
ASSOCIATES LP, QVT GLOBAL II L.P. and :
MEDIVATION, INC., :
:
        Defendants. :
---------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ximena R. Skovron, of the law firm Abraham, Fruchter & Twersky, LLP, a member of this Court in good standing, is hereby entering an appearance as counsel of record for Plaintiff Steven Goldstein in the above captioned matter.

Dated: November 16, 2010

        Respectfully submitted,

        **ABRAHAM, FRUCHTER & TWERSKY, LLP**

        /s/ Ximena R. Skovron
        Ximena R. Skovron (XS-3397)

        One Penn Plaza, Suite 2805
        New York, New York 10119
        Telephone: (212) 279-5050
        Facsimile: (212) 279-3655
        xskovron@aftlaw.com

        *Counsel for Steven Goldstein*