ORIGINAL

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STEVEN GOLDSTEIN,

              Plaintiff,

       v.

QVT ASSOCIATES GP LLC, QVT
OVERSEAS LTD., QUINTESSENCE FUND
L.P., QVT ASSOCIATES LP, QVT GLOBAL
II L.P. and MEDIVATION, INC.

              Defendants.

Case No.  10 Civ. 2488 (HB)

**MOTION TO ADMIT COUNSEL PRO HAC**
**VICE**

       PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Janet Cullum, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

      James M. Penning
      Cooley LLP
      Five Palo Alto Square
      3000 El Camino Real
      Palo Alto, California 94306
      Phone:  (650) 843-5552
      Fax Number:  (650) 849-7400
      Email:  jpenning@cooley.com

There are no pending disciplinary proceedings against James M. Penning in any State or Federal

Court.

Dated: November 2⁴, 2010
      New York, New York

Respectfully submitted,

COOLEY LLP

By: _____
      JANET CULLUM

1114 Avenue of the Americas
New York, New York 10036
Phone:  (212) 479-6500
Fax:    (212) 479-6275
Email:  jcullum@cooley.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN GOLDSTEIN,<br><br>     Plaintiff,<br><br>   v.<br><br>QVT ASSOCIATES GP LLC, QVT<br>OVERSEAS LTD., QUINTESSENCE FUND<br>L.P., QVT ASSOCIATES LP, QVT GLOBAL<br>II L.P. and MEDIVATION, INC.<br><br>     Defendants. | Case No.  10 Civ. 2488 (HB)<br><br>**AFFIDAVIT OF JANET CULLUM**<br>**IN SUPPORT OF MOTION**<br>**TO ADMIT COUNSEL PRO HAC VICE** |

Janet Cullum, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Cooley LLP.  I am familiar with the proceedings in this case.  I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion of Defendant Medivation, Inc. ("Defendant") to admit James M. Penning as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on December 4, 2007.  I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known James Penning since 2002.

4. James Penning is an associate at Cooley LLP, in Palo Alto, California.

5. I have found Mr. Penning to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of James Penning, pro hac vice.

7. I respectfully submit a proposed order granting the admission of James Penning, pro hac vice, which is attached hereto as Exhibit A.

896621 v2/HN

8.      I respectfully submit the Declaration of James M. Penning in Support of Motion for

Order Admitting Him *Pro Hace Vice*, which is attached hereto as Exhibit B, along with the

Certificate of Standing issued by the State Bar of California.

WHEREFORE it is respectfully requested that the motion to admit James Penning, pro hac

vice, to represent Defendant in the above captioned matter, be granted.

Dated: November 2*Y*, 2010                          Respectfully submitted,

City, State: *New York, NY*          *Sworn Before me*     COOLEY LLP
                                     *on this 24th day*
Notarized:                           *of November, 2010*   By: _____
                                                                JANET CULLUM (JD 8048)

                                                           1114 Avenue of the Americas
                                                           New York, New York 10036
                                                           Phone:  (212) 479-6500
                                                           Fax:    (212) 479-6275
                                                           Email:  jcullum@cooley.com

HECTOR GONZALEZ
Notary Public - State of New York
NO. 01GO4757301
Qualified in Kings County
My Commission Expires 10/15/14

# EXHIBIT A

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

STEVEN GOLDSTEIN                              Plaintiff,

                                       10  cv  02488      (HB )

          - against -

QVT ASSOCIATES GP LLC, et                     Defendant.        **ORDER FOR ADMISSION
al.                                                              PRO HAC VICE
                                                                ON WRITTEN MOTION**

Upon the motion of  James M. Penning        attorney for  Defendant Medivation, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

           Applicant's Name:        James M. Penning

           Firm Name:               Cooley LLP

           Address:                 Five Palo Alto Square, 3000 El Camino Real

           City/State/Zip:          Palo Alto, California 94306

           Telephone/Fax:           (650) 843-5552

           Email Address:           jpenning@cooley.com

is admitted to practice pro hac vice as counsel for    Defendant Medivation, Inc.                in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice

fee to the Clerk of Court.

Dated:
City, State:

                                         United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $              SDNY RECEIPT#

SDNY Form Web 10/2006

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| STEVEN GOLDSTEIN,<br><br>               Plaintiff,<br><br>      v.<br><br>QVT ASSOCIATES GP LLC, QVT OVERSEAS LTD., QUINTESSENCE FUND L.P., QVT ASSOCIATES LP, QVT GLOBAL II L.P. and MEDIVATION, INC.<br><br>           Defendants. | Case No.  10 Civ. 2488 (HB)<br><br>**DECLARATION OF JAMES M. PENNING IN SUPPORT OF MOTION FOR ORDER ADMITTING HIM *PRO HAC VICE*** |

I, James M. Penning, declare:

1.     I am an attorney licensed to practice law in the state of California and a member in good standing of the State Bar of California.  I am an associate at Cooley LLP, counsel of record for defendant Medivation, Inc.  I have personal knowledge of the facts hereto and, if called to testify, could and would testify competently hereto.

2.     By the accompanying Motion for Order Admitting James M. Penning Pro Hac Vice, I am seeking admission *pro hac vice* in the above-captioned matter for the purpose of arguing or trying this case in whole or in part as counsel or advocate for defendant Medivation, Inc.

3.     Attached as Exhibit A is a true and correct copy of an November 3, 2010 certificate from the State Bar of California, certifying that I am an active member in good standing of the State Bar of California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on November 8, 2010 at Palo Alto, California.

Dated:  November 8, 2010

_____
James M. Penning

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

November 3, 2010

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JAMES
MATTHEW PENNING, #229727 was admitted to the practice of law in this
state by the Supreme Court of California on January 5, 2004; and has been
since that date, and is at date hereof, an ACTIVE member of the State Bar of
California; and that no recommendation for discipline for professional or
other misconduct has ever been made by the Board of Governors or a
Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN GOLDSTEIN, | Case No.  10 Civ. 2488 (HB) |
|         Plaintiff, | **AFFIRMATION OF SERVICE** |
|      v. | |
| QVT ASSOCIATES GP LLC, QVT OVERSEAS LTD., QUINTESSENCE FUND L.P., QVT ASSOCIATES LP, QVT GLOBAL II L.P. and MEDIVATION, INC. | |
|         Defendants. | |

I, Janet Cullum, declare under penalty of perjury that I have served a copy of the attached Motion to Admit Counsel Pro Hac Vice, Affidavit of Janet Cullum in Support of Motion to Admit Counsel Pro Hac Vice and Order for Admission Pro Hac Vice on Written Motion upon the following, via First Class Mail:

Jack G. Fruchter
Philip T. Taylor
ABRAHAM, FRUCHTER & TWERSKY, LLP
One Penn Plaza, Suite 2805
New York, NY  10119

Brad Eric Konstandt
Michael G. Bongiorno
WILMER CUTLER PICKERING HALE & DORR, L.L.P.
399 Park Avenue
New York, NY  10022

Jeffrey B. Rudman
WILMER CUTLER PICKERING HALE & DORR, L.L.P.
60 State Street
Boston, MA  02109

Dated: November 24, 2010                    Respectfully submitted,
        New York, New York

                                         COOLEY LLP

                                         By: _____
                                             JANET CULLUM

                                         1114 Avenue of the Americas
                                         New York, New York 10036
                                         Phone:  (212) 479-6500
                                         Fax:     (212) 479-6275
                                         Email:  jcullum@cooley.com

                                         *Attorneys for Defendant Medivation, Inc.*