

RECEIVED JAN 1 4 2011 CHAMBERS OF ANDREW J. PECK

January 14, 2011

**WilmerHale**

Michael G. Bongiorno

+1 212 937 7220 (t)
+1 212 230 8888 (f)
michael.bongiorno@wilmerhale.com

Via Facsimile (212-805-7933)

Judge Andrew J. Peck
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/14/11

RE: *Goldstein v. QVT Associates GP LLC, et. al.*, No. 10-2488-~~BB~~ (AJP)

Dear Judge Peck:

The parties to the above-captioned matter hereby jointly request a ten-day extension of time to complete their settlement negotiations and make an appropriate filing with the Court. Presently, the due date for such filing is today. Counsel for Plaintiff, Medivation, Inc., and the QVT Defendants are continuing to negotiate the language of a settlement agreement in good faith, and believe that ten additional days would provide them with sufficient time to complete documentation of their settlement. The requested extension does not effect any other scheduled dates, nor have the parties previously requested an extension for this filing.

Thank you for your consideration of this matter.

Sincerely,

*Michael Bongiorno*

Michael G. Bongiorno
cc: Jack Fruchter, Esq.
James Penning, Esq.

**MEMO ENDORSED** 1/14/10
APPROVED.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

*[handwritten notation]*

**BY ECF**

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington