*Peck, M-J*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED:  2/3/11
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED:  2/3/11
```

-----------------------------------------------------------X

STEVEN GOLDSTEIN,                            :
                                             :
                    Plaintiff,               :        Civil Action No. 10-cv-02488-~~HB~~ (AJP)
                                             :
           v.                                :        ECF Case
                                             :
QVT ASSOCIATES GP LLC, QVT OVERSEAS:
LTD., QUINTESSENCE FUND L.P., QVT            :
ASSOCIATES LP, QVT GLOBAL II L.P. and        :
MEDIVATION, INC.,                            :
                                             :
                    Defendants.              :
-----------------------------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Parties to the above captioned action hereby stipulate to the dismissal of this action

with prejudice, with each Party to bear its own costs, and waiving all rights of appeal.  The Clerk

is instructed to enter judgment dismissing the action with prejudice.

| | |
|---|---|
| Steven Goldstein,<br><br>By his attorneys,<br><br>_[signature]_<br>Jack G. Fruchter<br>Philip T. Taylor<br>Ximena R. Skovron<br>Abraham, Fruchter & Twersky, LLP<br>One Penn Plaza, Suite 2805<br>New York, New York 10119 | QVT Associates GP LLC,<br>QVT Overseas Ltd.,<br>Quintessence Fund L.P.,<br>QVT Associates LP, and<br>QVT Global II L.P.,<br><br>By their attorneys,<br><br>_[signature]_ M. Bongiorno by X. Skovron w/permission<br>Michael G. Bongiorno (MB-6626)<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>399 Park Avenue<br>New York, NY 10022<br>Tel:  (212) 230-8800<br>Fax:  (212) 230-8888<br>michael.bongiorno@wilmerhale.com |

SO ORDERED:

_[signature]_
Hon. Andrew Jay Peck
United States Magistrate Judge

**BY ECF**

Medivation, Inc.

By its attorneys,

John C. Dwyer (JD 8048)
James M. Penning
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Tel: (650) 843-5000
Fax: (650) 849-7400
jdwyer@cooley.com

**SO ORDERED**

_____

Hon. Andrew J. Peck

- 2 -